**FILED**

OCT 17 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

YA YA SIDIBE
636 Houston Avenue
Apt. #206
Takoma Park, Maryland 20912

    Plaintiff,

v.

TRAVELER'S INSURANCE COMPANY
14048 Park East Circle
Chantilly, Virginia 20153

    Defendant.

CASE NUMBER  1:05CV02035

JUDGE: William B. Bryant

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 10/17/2005

## COMPLAINT FOR BREACH OF CONTRACT

**COMES NOW,** Plaintiff, Ya Ya Sidibe, by and through counsel, Walter L. Blair, Esquire, and files this Complaint for Breach of Contract, and states as follows::

### I. JURISDICTION

1.    Plaintiff alleges this Court has jurisdiction over the subject matter of this action, because diversity of citizenship exists and the mount of controversy exceeds $75,000.00 pursuant to U.S.C. 28 § 1332.

### II. PARTIES

2.    Plaintiff, Ya Ya Sidibe, is an adult and a resident of Takoma Par, Montgomery County, Maryland.

3.    Defendant, Traveler's Insurance Company, is located in the Commonwealth of Virginia and maintains its principal place of business in Virginia although Defendant sells insurance

to individuals and businesses all over the United States of America.

4. This lawsuit derives from the original jurisdiction of the original case of Ya Ya Sidibe v. Mujaidu Adeyemi, which was filed in the U.S. District Court of the District of Columbia, Civil Action No. 1:99CV01841, before the Honorable William B. Bryant.

5. Venue is appropriate in the District of Columbia, where the original suit was filed between these parties, including Ya Ya Sidibe v. Mujaidu Adeyemi and Ya Ya Sidibe v. Traveler's Insurance Company, Civil Action No. 1:99CV01841.

### III. FACTS

6. On December 9, 1998, Ya Ya Sidibe was test-driving a car owned by West Auto Sales, Inc. and its principal, Mujaidu Adeyemi in the District of Columbia, where West Auto Sales, Inc. was located.

7. During all relevant times, West Auto Sales, Inc. And Mujaidu Adeyemi was insured by Defendant, Traveler's Insurance Company.

8. The vehicle, a van, which was owned by West Auto Sales, Inc. and insured by Traveler's, while being test driven by Ya Ya Sidibe, in the District of Columbia, became inoperable, causing Ya Ya Sidibe to collide into a PEPCO telephone pole which resulted in Ya Ya Sidibe suffering serious, life-threatening injuries including multiple fractures to his body.

9. Ya Ya Sidibe subsequently filed a lawsuit against West Auto Sales, Inc. and its owner Mujaidu Adeyemi, which suit resulted in a trial before the Honorable U.S. District Court Judge, William B. Bryant. See Civil Action Number 1:99CV01841.

10. On May 25, Judge Bryant, via Judge trial, found in favor of Plaintiff, Ya Ya Sidibe, against Defendant, West Auto Sales, Inc. and Defendant, Mujaidu Adeyemi, and awarded damages

in the amount of $246,300.08 in favor of Plaintiff, Ya Ya Sidibe.

11.     Plaintiff has made numerous requests of Traveler's Insurance Company to pay the amount of judgment against its insured in the amount of $246,300.08, plus interest, however, Traveler's Insurance Company refuses to pay.

12.     Now that there has been a judgment against Traveler's insured, West Auto Sales, Inc. and Mujaidu Adeyemi, Traveler's Insurance Company is obligated to pay Ya Ya Sidibe the full amount of $246,300.08 or the amount of its policy coverage for the former Defendants West Auto Sales, Inc. and Mujaidu Adeyemi up to and including said $246,300.08 or its policy limit if less than $246,300.08.

13.     Breach of contract by Defendant, Traveler's Insurance Company against Ya Ya Sidibe exists for the following reasons:

(A)     Traveler's Insurance Company provided a policy through West Auto Sales, Inc. and Mujaidu Adeyemi and promised to pay liability damages which may occur, e.g., Ya Ya Sidibe being a third party beneficiary, as a member of the public, was thus injured and suffered damages.

(B)     Both Traveler's Insurance Company and West Auto Sales, Inc., including Mujaidu Adeyemi, had legal capacity to enter into the insurance agreement between Traveler's Insurance Company and West Auto Sales, Inc./Mujaidu Adeyemi.

(C)     Traveler's Insurance Company and West Auto Sales, Inc. mutually agreed to the contract between them for the benefit of third parties such as Plaintiff, Ya Ya Sidibe, when the contract between them was signed.

(D) There was reasonable certainty stated between Traveler's Insurance Company and West Auto Sales, Inc./ Mujaidu Adeyemi reflected in the terms of the policy and declaration given by Traveler's Insurance Company to West Auto Sales/Mujaidu Adeyemi.

(E) West Auto Sales, Inc./Mujaidu Adeyemi paid consideration for the promise undertaken by Traveler's Insurance which is reflected by Mujaidu Adeyemi's monthly insurance payments to Traveler's Insurance Company which had not expired or lapsed on or about December 9, 1998 when Ya Ya Sidibe, the third party beneficiary, was injured by the negligence of West Auto Sales, Inc./Mujaidu Adeyemi in the District of Columbia.

(F) The condition to pay as promised by Traveler's Insurance Company to West Auto Sales, Inc./Mujaidu Adeyemi, occurred when Ya Ya Sidibe was injured by the negligence of West Auto Sales, Inc./Mujaidu Adeyemi and particularly when West Auto Sales, Inc./Mujaidu Adeyemi was determined to be liable for Ya Ya Sidibe's injuries, from the automobile accident dated December 9, 1998, and particularly when judgment against West Auto Sales, Inc. and Mujaidu Adeyemi in the amount of $246,300.08, was ordered by the Honorable William B. Bryant on May 25, 2004 **and further when Judge Bryant ruled Defendant West Auto Sales, Inc./Mujaidu Adeyemi who without sufficient assets to satisfy the judgment against said Defendants as ordered on August 11, 2005.**

14. Plaintiff, Ya Ya Sidibe is a third party beneficiary for all the reasons expressed above and Defendant Traveler's Insurance Company owes Ya Ya Sidibe and is obligated to pay Ya Ya Sidibe the amount on the policy up to and including the policy limit or up to and including $246,300.08 as ordered against Traveler's insured, West Auto Sales, Inc./Mujaidu Adeyemi, by the Honorable William B. Bryant on May 25, 2004 and further via order dated August 11, 2005.

15. Plaintiff, Ya Ya Sidibe hereby demands that Traveler's Insurance Company pays on the insurance policy which was issued to West Auto Sales, Inc./Mujaidu Adeyemi an amount of $246,300.08 plus interest at the current rate to Ya Ya Sidibe, including attorney's fees and cost from December 9, 1998 to date of this trial.

WHEREFORE, it is respectfully requested that Defendant, Traveler's Insurance Company pay to Plaintiff, Ya Ya Sidibe compensatory damages in the amount of $246,300.08, attorney's fees, interest and cost, and punitive damages in the amount of $1,000,000.00, including any other and further relief which the Court deems just and proper.

Respectfully submitted,

_____
Walter L. Blair, Esquire
Bar No. 471057
Blair & Lee, P.C.
4701 Melbourne Place
College Park, Maryland 20740
Telephone:   (301) 474-4700
*Attorney for Plaintiff*