IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| Ya Ya SIDIBE<br>636 Houston Avenue, Apt. 206<br>Takoma Park, Maryland 20912<br><br>       Plaintiff<br><br>v.<br><br>TRAVELERS INSURANCE COMPANY<br>14048 Park East Circle<br>Chantilly, Virginia 20153<br><br>       Defendant | **Civil Action No. 1:05CV02035**<br>**Judge William B. Bryant** |

## ANSWER OF TRAVELERS INSURANCE COMPANY

Defendant Travelers Insurance Company, by and through its undersigned counsel hereby states the following as its Answer to the Complaint.

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

An answer to the numbered paragraphs of the Complaint, Defendant states as follows:

1. As to paragraph 1, this averment states a conclusion of law as to which no response is required.

2. Defendant lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the averments in paragraph 2 and therefore must deny same.

3. Defendant denies the averments in paragraph 3.

4. As to paragraph 4, Defendant admits that there was a lawsuit captioned Ya Ya Sidibe v. Mujaidu Adeyemi in the U.S. District Court for the District of Columbia, Civil Action No. 1:99CV01841, and it was before the Honorable William B. Bryant.

5. As to paragraph 5, this averment states a conclusion of law as to which no response is required.

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth or accuracy of averment 6 and therefore must deny same.

7. With respect to paragraph 7, Defendant admits that there was a garage owner's policy for West Auto Sales, Inc. that was in effect from 2/2/98 to 2/2/99.

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the averments contained in paragraphs 8, 9, and 10 and, therefore, must deny same.

9. With respect to paragraph 11, Defendant admits that the plaintiff has requested payment.

10. Defendant denies the averments contained in paragraphs 12 through 15, with the exception that Defendant admits that Travelers Indemnity Company issued a garage owner's policy for West Auto Sales, Inc. that was effective from 2/2/98 to 2/2/99, but denies that there was any coverage under this policy for the incident described in the Complaint.

11. Defendant Travelers Insurance Company denies all allegations of the Complaint not specifically admitted herein.

### THIRD DEFENSE

The relief sought in the Complaint is, or may be barred by statute of limitations.

### FOURTH DEFENSE

The relief sought in the Complaint is, or may be barred by the doctrine of laches.

### FIFTH DEFENSE

The relief sought in the Complaint is, or may be barred by the doctrine of estoppel.

### SIXTH DEFENSE

The relief sought in the Complaint is, or may be barred by the doctrine of *res judicata*.

### SEVENTH DEFENSE

The relief sought in the Complaint is, or may be barred by the doctrine of collateral estoppel.

### EIGHTH DEFENSE

The relief sought in the Complaint is, or may be barred by the lack of privity.

### NINTH DEFENSE

The relief sought in the Complaint is, or may be barred by lack of consideration.

### TENTH DEFENSE

The relief sought in the Complaint is, or may be barred by lack of standing.

**ELEVENTH DEFENSE**

The relief sought in the Complaint is, or may be barred by lack of notice.

**TWELFTH DEFENSE**

Plaintiff has no basis, in law or in fact, for a claim for punitive damages and an award of such relief in this matter would constitute a violation of the Due Process Clause of the Constitution.

**WHEREFORE**, Defendant Travelers Insurance Company respectfully requests that the Court dismiss the Complaint and enter judgment in Defendant Travelers Insurance Company's favor and to award to this defendant all costs, including attorney's fees or any such further relief as justice requires.

Respectfully submitted,

**JORDAN COYNE & SAVITS, L.L.P.**

By: ___/s/_____
Dwight D. Murray, #228932
James F. Jordan, # 6569
1100 Connecticut Avenue, NW
Suite 600
Washington, D.C.  20036
(202) 496-2801

**JURY DEMAND**

Defendant Travelers Insurance Company demands a trial by jury on all issues.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Answer of Travelers Insurance Company was mailed, postage prepaid, this 5th day of December, 2005, to:

>Walter L. Blair, Esquire
>Windell W. Thomas, Esquire
>Blair & Lee, P.C.
>4701 Melbourne Place
>College Park, Maryland 20740

                                            /s/
                                  James F. Jordan