# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## Civil Division

| | | |
|---|---|---|
| YA YA SIDIBE | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 1:05CV02035 |
| v. | : | Judge William B. Bryant |
| | : | |
| TRAVELERS INSURANCE COMPANY | : | |
| Defendant. | : | |

## MOTION FOR IMMEDIATE TRIAL BEFORE A JURY AND HEARING IN COURT THEREFOR

COMES NOW, Plaintiff, Ya Ya Sidibe, by and through counsel, Walter L. Blair, Esquire, and files Motion for Immediate Trial Before a Jury and Hearing in Court, Therefor, as to the breach of contract, *inter alia*, claimed by Plaintiff against Travelers Insurance, for the following reasons:

1. Plaintiff has already received judgment against Travelers insured, West Auto Sales, Inc. and Mujaidu Adeyemi.

2. There is no other alternative remaining between the parties but to try this case before a jury as to whether Travelers should or should not pay the $246,300.08, or any portion of it up to its policy limit, from the judgment received before the Honorable U.S. District Court Judge, William B. Bryant on May 25, 2004, with interest.

3. *All necessary discovery and depositions have been completed in the late Judge William B. Bryant's Court.*

4. **PLAINTIFF REQUESTS AN IMMEDIATE HEARING BEFORE THE COURT ON THIS ISSUE SUCH THAT A TRIAL DATE CAN BE SET AT THE COURT'S EARLIEST CONVENIENCE.**

WHEREFORE, it is respectfully requested that the Motion for Immediate Trial Before a Jury and Hearing in Court, Therefor be granted and that this Court permits an immediate hearing in Court in order to set a trial date to resolve this matter once and for all.

                                                                                                      Respectfully submitted,
                                                                                                      BLAIR & LEE, P.C.

                                                                 _____/s/_____
                                                                Walter L. Blair, Esquire, #471057
                                                               4701 Melbourne Place
                                                               College Park, Maryland 20740
                                                               (301) 474-4700
                                                               *Counsel for Plaintiff*

## MEMORANDUM OF POINTS AND AUTHORITIES

1.       The inherent power of the Court.

2.       The entire file presided over by the late Honorable William B. Bryant which relates to the instant case.

## CERTIFICATE OF E-FILING & MAILING

I HEREBY CERTIFY that a copy of the Motion for Immediate Trial Before a Jury was e-filed and mailed, first-class, postage prepaid on this 12th day of December, 2005 to Dwight D. Murray, Esquire and James F. Jordan, Esquire, Jordan Coyne & Savits, L.L.P., 1100 Connecticut Avenue, N.W., Suite 600, Washington, D.C. 20036.

                                                                      _____/s/_____
                                                                       Walter L. Blair, Esquire

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | | |
|---|---|---|
| YA YA SIDIBE | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 1:05CV02035 |
| v. | : | Judge William B. Bryant |
| | : | |
| TRAVELERS INSURANCE COMPANY | : | |
| Defendant. | : | |

## ORDER

_____UPON CONSIDERATION of the Motion for Immediate Trial Before a Jury and Hearing in Court, Therefor, no opposition thereto, and it appearing to the Court that good cause is shown why the Plaintiff's Motion should be GRANTED, it is on this _____ day of _____, 200__,

ORDERED that the Motion for Immediate Trial Before a Jury and Hearing in Court, Therefor is GRANTED, and it is further,

ORDERED that this matter will be heard on the ____ day of _____, 200__, at _____ a.m./p.m..

_____
DISTRICT COURT JUDGE

cc:  Walter L. Blair, Esquire
     Dwight D. Murray, Esquire
     James F. Jordan, Esquire

WLB/kw C:\My Documents\BLAIR, WALTER\BLAIR, WALTER\Sidibe Motion for Immediate Trial w6.wpd