IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| Ya Ya SIDIBE )<br>636 Houston Avenue, Apt. 206 )<br>Takoma Park, Maryland 20912 )<br> )<br>          Plaintiff )<br> )<br>v. )<br> )<br>TRAVELERS INSURANCE COMPANY )<br>14048 Park East Circle )<br>Chantilly, Virginia 20153 )<br> )<br>          Defendant ) | **Civil Action No. 1:05CV02035**<br>**Judge William B. Bryant** |

## **DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to LcvR 7.1, I, the undersigned, counsel of record for Defendant Travelers Insurance Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Travelers Insurance Company which may have any outstanding securities in the hands of the public.

Travelers Insurance Company is a Connecticut corporation which is a wholly-owned subsidiary of Citigroup, Inc., a Delaware corporation which is traded on the New York Stock Exchange under the symbol "C".

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

**JORDAN COYNE & SAVITS, L.L.P.**

By: ___/s/_____
Dwight D. Murray, #228932
James F. Jordan, # 6569
1100 Connecticut Avenue, NW
Suite 600
Washington, D.C. 20036
(202) 496-2801

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Answer of Travelers Insurance Company was mailed, postage prepaid, this 19th day of December, 2005, to:

Walter L. Blair, Esquire
Windell W. Thomas, Esquire
Blair & Lee, P.C.
4701 Melbourne Place
College Park, Maryland 20740

___/s/_____
James F. Jordan