IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| Ya Ya SIDIBE )<br>)<br>   Plaintiff )<br>)<br>v. )<br>)<br>TRAVELERS INSURANCE COMPANY )<br>)<br>   Defendant ) | Civil Action No. 1:05cv02035<br>**Judge C. Kollar-Kotelly** |

### **O R D E R**

Upon consideration of the Motion For Summary Judgment filed on behalf of Defendant, Travelers Insurance Company, any Opposition thereto and the entire record herein, it is, by this Court, this _____ day of _____, 2006

ORDERED, that the Motion For Summary Judgment be, and the same hereby is GRANTED; and, it is further

ORDERED, that the Complaint is hereby DISMISSED, WITH PREJUDICE.

_____
JUDGE

Copies To:

Dwight D. Murray, Esquire
James F. Jordan, Esquire
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C.  20036

Walter L. Blair, Esquire
Windell W. Thomas, Esquire
BLAIR & LEE, P.C.
4701 Melbourne Place
College Park, MD  20740