IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

YA YA SIDIBE  
3611 GALLATIN STREET, #232  
HYATTSVILLE, MARYLAND 20782  
    Plaintiff,

v.

WEST AUTO SALES, INC.  
2600 BLADENSBURG ROAD, N.E.  
WASHINGTON, D.C. 20018

AND

PRESIDENT/ CEO,  
WEST AUTO SALES, INC.,  
BOTH OF  
2600 BLADENSBURG ROAD, N.E.  
WASHINGTON, D.C. 20018

AND

M. ADEYEMI  
1 KENNEDY STREET, NW  
WASHINGTON, D.C. 20011  
    Defendants.

Civ CASE NUMBER 1:99CV01841  
JUDGE: William B. Bryant  
DECK TYPE: Civil General  
DATE STAMP: 07/06/99

### COMPLAINANT FOR NEGLIGENCE, FRAUD AND DECEIT AND DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, Ya Ya Sidibe, by and through counsel, Blair &Lee, P.C., and the undersigned, Walter L. Blair, Esquire, and hereby files his complaint for Negligence, Fraud and Deceit and Demand for Jury Trial against Defendants herein and alleges the following:

### I. JURISDICTION

1. Plaintiff alleges this Court has jurisdiction over the subject- matter of this action, because diversity citizenship exists and the amount of controversy exceeds

EXHIBIT 1

$75,000.00 pursuant to USC28 S.1332United States Code.

## II. PARTIES

2. Plaintiff, Ya Ya Sidibe, is an adult and a resident of Hyattsville in Prince George's County, Maryland.

3. Defendant, M.. Adeyemi, is an adult and a resident of the District of Columbia.

4. At all material times to this action, Defendant, M. Adeyemi, was the owner or President/ CEO of Defendant, West Auto Sales Inc., which is an on-going concern engaged in the business of buying and selling automobiles in Washington, D.C.

## III. FACTS

5. On December 9, 1998, Plaintiff visited Defendant, West Auto Sales, Inc., intending to purchase a vehicle.

6. On the same said date, Defendant, M. Adeyemi allowed Plaintiff to test-drive a 1990 Dodge Minivan from the parking lot of Defendant, West Auto Sales, Inc., in the District of Columbia.

7. While Plaintiff was test- driving the vehicle, in the District of Columbia, it malfunctioned as the left front wheel of the vehicle dislodged while in operation.

8. Plaintiff therefore lost control of the vehicle and collided into a Pepco power pole.

9. As a direct and proximate result of the negligence of Defendants in failing to properly maintain and service the said vehicle, Plaintiff sustained serious injuries from the accident.

## IV. NEGLIGENCE
### (Count 1)

10. Plaintiff, Ya Ya Sidibe, hereby incorporates by reference the averments in paragraphs (1-9) above as if the same are herein fully realleged herein.

11. Defendants, as a seller of automobiles, owed a duty to Plaintiff, Ya Ya Sidibe, to maintain and service their vehicle in a proper manner in accordance with the governing regulations particularly for Defendants' prospective customers such as Plaintiff.

12. Defendants breached the duty they owed to Plaintiff, Ya Ya Sidibe and were negligent in the following manner:

   a. failing to properly maintain the vehicle;

   b. failing to properly service the vehicle;

   c. failing to warn Plaintiff of the gross defect in the vehicle;

   d. reckless operation of a vehicle sales garage; and

   e. other negligent acts.

13. Plaintiff, Ya Ya Sidibe alleges that Defendants' conduct and actions, jointly and severally, were the sole cause of said accident and that but for their negligence, said accident and Plaintiff's injuries would not have occurred.

14. Plaintiff further alleges that he has been made disabled and cannot work or earn an income all due to Defendants' negligence.

WHEREFORE, Plaintiff, Ya Ya Sidibe, prays that this Court to grants judgment against Defendants, jointly and severally, and award damages in favor of Plaintiff in

the amount of Two Million Dollars ($2,000,000.00) plus costs of this action, attorney's fees, expenses and any further relief(s) the Court deems just and proper.

## V. FRAUD AND DECEIT
### (Count II)

15. Plaintiff incorporates by reference paragraphs 1-14 as if re-alleged herein.

16. Plaintiff alleges that Defendants were well aware that the vehicle which they sought to sell to Plaintiff, and which they requested that the Plaintiff test-drives, was defective, not fit to be driven on the streets in the District of Columbia or anywhere else.

17. Plaintiff alleges that by way of deceit, Defendants requested that the Plaintiff test- drives said vehicle(without warning Plaintiff of its dangerous condition)which caused Plaintiff serious bodily injuries when one of the wheels of the vehicle came off, totaling the vehicle and causing Plaintiff permanent bodily injuries.

18. Plaintiff further alleges fraud and deceit was committed against him by Defendants when Defendants, after said accident, forged Plaintiff's signature on a fraudulent bill of sale and tried to pass the title of the vehicle to Plaintiff as if Plaintiff owned the vehicle even though Defendants knew that their actions were illegal, unapproved by Plaintiff and entirely against the interest, knowledge and rights of Plaintiff, all reflecting Defendants further actions of fraud and deceit.

19. Plaintiff alleges that said fraudulent conduct reflects Defendants' wrong doing with intention to seek to avoid liability for Plaintiffs serious bodily injuries

caused by said Defendants.

WHEREFORE, Plaintiff, Ya Ya Sidibe, prays that this Court grants judgment in favor of Plaintiff against Defendants, jointly and severally, and award damages in the amount of Two Million Dollars ($2,000,000.00) plus costs of this action, attorney's fees, expenses and any further relief(s) the Court deems just and proper.

### JURY DEMAND

Plaintiff, Ya Ya Sidibe demands a trial by Jury of Twelve Jurors on the aforementioned counts

Respectfully submitted
BLAIR & LEE, P.C.

BY: _____
Walter L. Blair, Esquire
Member, Maryland Bar
4415 Oliver Street
Hyattsville, Maryland 20781
(301) 927-6600
COUNSEL FOR PLAINTIFF

WLB.ljm
Sidebe.Com