Case 1:05-cv-02035-RJL   Document 7-8   Filed 02/02/2006   Page 1 of 16
YA YA SIDIBE
Sidibe v. West Auto Sales, et al.                                6/12/2001

```
                                                                    1
 1                     IN THE SUPERIOR COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3                       Civil Division
 4
 5   - - - - - - - - - - - - - - - x        COPY
 6   YA YA SIDIBE,                 :
 7             Plaintiff,          :  Civil Action No.
 8   v.                            :       99CV-01841
 9   WEST AUTO SALES, INC., et al.,:
10             Defendants.         :       Volume 1
11   - - - - - - - - - - - - - - - x
12                       Washington, D.C.
13                       Tuesday, June 12, 2001
14         Deposition of YA YA SIDIBE, a witness
15   herein, called for examination by counsel for
16   Defendants in the above-entitled matter, pursuant
17   to notice, taken at the offices of Olender
18   Reporting, Inc., 1522 K Street, N.W., Suite 720,
19   Washington, D.C., beginning at 12:35 p.m., before
20   Jana Mulhollan, a Registered Professional
21   Reporter and Notary Public in and for the
22   District of Columbia.
```

RECEIVED DEC - 2 2002

EXHIBIT 6

YA YA SIDIBE

Sidibe v. West Auto Sales, et al.                                    6/12/2001

13

1      Q.    Let's start in January of 1998.

2            Did you go to the auction at all in
3  January of 1998?

4      A.    I don't -- I cannot give you exactly
5  date, but I know in '98 I had been going to -- I
6  have to go to auctions.

7      Q.    And out of all of those times, about
8  how many cars did you purchase?

9      A.    I don't recall because basically I
10 bring some people also.  If like some friend said
11 they need a car, because I know a little bit
12 about cars, they just tell me to come with them.

13     Q.    So you had knowledge about selling and
14 purchasing cars at auctions?

15     A.    Yes.

16     Q.    And in November of 1998 -- you've heard
17 discussions in which you filed suit regarding --
18 a van was purchased.

19           Please explain how that van was
20 purchased on that day.

21     A.    Okay.  The day -- that day I came into
22 auction and I saw Mr. Adeyemi.

                                                                                14

1    Q.    Okay.

2    A.    And I need -- I was needing a van to do
3 my job because my van vas broke down.

4    Q.    So you needed a van to help facilitate
5 delivering your papers?

6    A.    Yes. Because I had a prior van and it
7 was broke.

8    Q.    So that day you went to the auction
9 looking for a van?

10    A.    No. I was -- I went to auction to look
11 for him --

12    Q.    Okay.

13    A.    -- because we were supposed to meet at
14 the auction.

15    Q.    Okay.

16    A.    And he had bought a van but it -- when
17 we came together, he say, okay, I found one van
18 and that's good to do your delivery, it's a stick
19 shift. I said okay. And he showed -- he just
20 pointed to the van.

21    And I said how much did you buy it. He
22 said, no, I'm not going to tell you how much I

15

1  bought it but you're going to make a deposit, how
2  much are you willing to pay. I said I can pay up
3  to $1,000.
4           Then we went to deposit $100.
5       Q.  You deposited a $100?
6       A.  Yes.
7       Q.  And what happened next? You put $100
8  down.
9       A.  Yes.
10      Q.  Then what happened after that?
11      A.  Yeah. And then he took me to the
12  office.
13      Q.  Okay.
14      A.  We went to the office, and I don't want
15  to give him my money because he did not have any
16  receipt to provide me at exact time.
17      Q.  Well, the van is at the auction, right?
18      A.  Uh-huh.
19      Q.  You put the $100 down, and then there
20  was a balance that was owed. Is that correct?
21      A.  Yes, of course. That's what I'm trying
22  to explain to you.

16

1    Q.    And did you pay the balance?

2    A.    He paid the balance because I gave the
3 balance to him.

4    Q.    So how much did you give him?

5    A.    It was 225.

6    Q.    And you took the $225 and gave it to
7 Mr. Adeyemi, right?

8    A.    Yes, sir.

9    Q.    Adeyemi.  Excuse me.

10   A.    Yes, sir.

11   Q.    And were you there with him?

12   A.    I was there with him.

13   Q.    Okay.  So when he paid them the 225,
14 that was the full amount owed.  Is that correct?

15   A.    Yes, sir.

16   Q.    So you were fully aware that the full
17 cost of the vehicle that was purchased was $325?

18   A.    Yes.  But he's going to make his dealer
19 additional money on the car.  That's -- I am
20 aware of that too.

21   Q.    So he was going to make additional
22 money?

17

1   A.   Yes.

2   Q.   How much additional money did he charge
3   you?

4   A.   He told me this car he would sell to me
5   at $800 --

6   Q.   Okay.

7   A.   -- yes, after -- because the car was
8   not running -- if he can make it run.

9   Q.   Did you pay him $800?

10  A.   I did not pay him in full.

11  Q.   What did you pay him?

12  A.   Well, he took the car -- after we paid
13  the car, he called the tow truck because the tow
14  truck was en route --

15  Q.   I didn't ask you that.  I said:  How
16  much did you pay him?

17  A.   How much?

18  Q.   Yes.  You say that you put some down
19  but you didn't pay the total.

20  A.   No.  Total money I gave Adeyemi for the
21  car, that was $500 -- and $200 to go and drive
22  the car.  That $200 supposed to be for insurance,

1  and he didn't -- he didn't even give me a
2  receipt.
3        Q.   Okay.  Let's stop there.  You paid 325,
4  right?
5        A.   Yes.
6        Q.   When did you give him more money?  When
7  was the next time you gave him some money?
8        A.   Before a car get to the mechanic.
9        Q.   How much did you give him?
10       A.   $200.
11       Q.   And what was the purpose for you giving
12 him $200?
13       A.   That's what he's told me -- that's
14 going to be -- he's going to take a car to the
15 shop in repair, it were done, I'm going -- he's
16 going to pay for it and he will provide me with
17 receipt.
18       Q.   Did he pay for the repairs?
19       A.   Who?  He did.
20       Q.   So if the mechanic came here today and
21 said that you paid for it, then he would not be
22 telling the truth?

                                                                          19

1    A.    He's lying because he paid for the --
2 he paid for everything, even for the tow truck.
3    Q.    He paid for the tow truck?
4    A.    Yes, sir.
5    Q.    Now, why would you buy a vehicle that's
6 not running?
7    A.    Well, he -- don't say me.  He knows car
8 more than I do.  He knows I need also the van.
9    Q.    Well, I'm a little confused.
10   A.    Uh-huh.
11   Q.    Because you're saying that you know how
12 to buy cars at auction, you know --
13   A.    Yeah.  But running car, I don't buy --
14   Q.    Please let me ask the question.
15   A.    Okay.
16   Q.    You said you've been there a lot?
17   A.    Yes.
18   Q.    You had been there a lot in 1998?
19   A.    Yes.
20   Q.    You know the procedures there.
21        Why would you need him to buy the car
22 for you?  You take other people to buy cars.

26

1          MR. BLAIR: Objection. Objection.
2   That's asked and answered. He's already said
3   what he went there for and with whom.
4          BY MR. SHAW:
5       Q.   To that extent, you heard the testimony
6   of my client?
7       A.   Yeah.
8       Q.   And he said he met you at the auction.
9   Isn't that true?
10      A.   We met there, yeah.
11      Q.   But he also stated that when the
12  vehicle was purchased the reason that he was
13  assisting you was to help have title cleared
14  quicker. Is that a true statement?
15      A.   That's not -- that's not true. Because
16  if I get a title from my name, I could get -- I
17  could get my title in two days.
18      Q.   You could have done it right then,
19  couldn't you?
20      A.   Yeah. If I'm the one who bought the
21  car, they would give me title on my name.
22      Q.   You paid for the car, didn't you?

27

```
 1      A.    Yeah.
 2      Q.    With your money, right?
 3      A.    No.  He paid, because I gave him money
 4  to pay.
 5      Q.    You gave him your money?
 6      A.    Yes.
 7      Q.    So he didn't use any of his money to
 8  purchase it, did he?
 9      A.    Right.
10      Q.    It was all of your money.  Is that
11  correct?
12      A.    Yes.  That's what I said.
13      Q.    You said you've been in the
14  United States since 1994.
15            What is the legal status of your
16  citizenship?
17      A.    Right now?
18      Q.    Yes.
19      A.    I'm a resident too.
20      Q.    I'm just curious:  Do you have a green
21  card?
22      A.    Yeah.
```

Case 1:05-cv-02035-RJL    Document 7-8    Filed 02/02/2006    Page 11 of 16
YA YA SIDIBE
Sidibe v. West Auto Sales, et al.                                     6/12/2001

                                                                    30

1    wheel came off the car, then car slide and hit
2    power pole. And the car even exploded, went
3    boom.
4         Q.    What time of night was that?
5               MR. BLAIR: Let him finish. The car
6    what?
7               THE WITNESS: The car exploded after I
8    drag myself off the car.
9               BY MR. SHAW:
10        Q.    Well, explain to me how it happened.
11              Where were you coming from?
12        A.    I was at University Boulevard and
13   Inwood Avenue.
14        Q.    And what time of night was this?
15        A.    5 -- around 5 in the morning.
16        Q.    Had you gone out to the club that
17   night?
18        A.    That's not true.
19              (Discussion off the record.)
20              BY MR. SHAW:
21        Q.    Had you been drinking that night?
22        A.    No. I don't drink at all.

                                                                    31

1    Q.   So if we took a look at your medical
2 records, it wouldn't show any level of alcohol?
3    A.   Never in my mind.  No alcohol in my
4 life.
5    Q.   What did you do that night --
6    A.   I slept and --
7    Q.   -- the night of the accident?
8    A.   Yes.  I slept and I wake up, I went to
9 work like usually at 4 in the morning.
10   Q.   What time did you go to bed?
11   A.   What time?
12   Q.   Yes.
13   A.   About 10.
14   Q.   About 10:00?
15   A.   Yes.
16   Q.   And you woke up at what time?
17   A.   4.
18   Q.   What had you done that night or early
19 evening?
20   A.   From my house, I went to Old Georgetown
21 to pick my newspaper up there, and I start doing
22 my route.

                                                                                 32

1    Q.    What time did start your route?

2    A.    About 4:30.

3    Q.    Now, how fast were you going when the
4 wheel came off?

5    A.    Maximum was 40 miles an hour. Because
6 I just stopped route for one place and the next
7 is about just 50 or 100 feet.

8    Q.    After the wheel came off, as you
9 allege, and struck the -- did you say the pole?

10   A.    The power pole.

11   Q.    How much damage was done to the
12 vehicle?

13   A.    The vehicle was --

14   Q.    Okay. I understand. But I want to see
15 how it happened. You hit the pole?

16   A.    Yeah.

17   Q.    Give me an understanding of how it --
18 how the damage occurred.

19   A.    Okay. When --

20   Q.    At what point did you hit the pole?

21   A.    In my front and the wheel came into my
22 chest.

35

```
1   did you have any discussions with the mechanic?
2        A.   No.  I have a discussion with Adeyemi.
3        Q.   Okay.  Did the mechanic -- anybody ever
4   tell you what the problem was with the vehicle,
5   why it wasn't running?
6        A.   No.  I don't know anything about any
7   problem on the vehicle.  Adeyemi report
8   everything to me.
9        Q.   And when did you pick the vehicle up?
10       A.   December 8th.
11       Q.   December 8th?
12       A.   From Adeyemi.  Yes.
13       Q.   From where?
14       A.   From Adeyemi.
15       Q.   Yes.  Where was the vehicle?
16       A.   It was on Georgia Avenue.
17       Q.   Was it picked up from West Auto Sales?
18       A.   No.
19       Q.   Where at on Georgia?  He just met you
20  on the street?
21       A.   I don't know exactly the address on
22  Georgia.
```

YA YA SIDIBE

Sidibe v. West Auto Sales, et al.                                    6/12/2001

36

```
1       Q.    And you said you had discussions with
2   Mr. Adeyemi before regarding -- before the 8th
3   regarding the repairs.
4             What did he discuss with you regarding
5   the repairs?
6       A.    He told me the fuel pump was no good.
7   And at that time I have already paid $200.
8       Q.    Okay.  And did you drive the car from
9   the mechanic?
10      A.    He drove the car.  We were together.
11      Q.    How long did you have the vehicle
12  before the accident?
13      A.    Just one day.
14      Q.    And what tags were on the vehicle?
15      A.    My other van tag.
16      Q.    Why was your other van tag on that
17  vehicle?
18      A.    Because that day he had -- he told me
19  he has only one dealer tag and he -- I could
20  drive one night and he would provide me papers,
21  then I can get my own tag.
22      Q.    So you decided to put your other tag on
```

Page 77

1   UNITED STATES OF AMERICA )

2   DISTRICT OF COLUMBIA        )

3           I, Jana Mulhollan, RPR, the reporter
4   before whom the foregoing deposition was taken,
5   do hereby certify that the witness whose
6   testimony appears in said deposition was sworn by
7   me; that the testimony of the witness was taken
8   by me in machine shorthand and thereafter
9   transcribed at my direction; that said deposition
10  is a true record of the testimony given by said
11  witness; that I am neither counsel for, related
12  to, nor employed by any party to the action in
13  which this deposition was taken; and, further,
14  that I am not a relative or employee of any
15  attorney or counsel employed by any party hereto,
16  or financially or otherwise interested in the
17  outcome of this action.

18

19

20      _____
         Jana Mulhollan, RPR
21       Notary Public in and for the
         District of Columbia
22  My Commission expires September 30, 2005.