**Travelers**Insurance
A member of citigroup

Donna Parfitt
Technical Specialist
(703) 818-6838
(703) 818-9294 (fax)

14048 Park East Circle
Chantilly, VA 20153


RECEIVED
JAN 3 0 2002
BY: RA

Walter L. Blair
Attorney at Law
4701 Melbourne Place
College Park, Maryland 20740

January 28, 2002

Re: Your Client – Ya Ya Sidibe
    Our Insured – West Auto Sales
    Date of Loss – 12/8/98
    Our File No. – AVA 0935

Dear Mr. Blair,

We received notice of the lawsuit filed on behalf of Ya Ya Sidibe in the U. S. District court for the District of Columbia. Please be advised that Travelers has denied coverage to West Auto Sales for failure to comply with the policy conditions. As of this date, the insured has never notified us of the claim or the lawsuit.

Therefore, Travelers will not be providing a defense in this matter, nor will we indemnify West Auto Sales should a judgment be rendered against them.

Should you have any questions regarding our position in this matter, please contact me at the above address.

Respectfully,

Donna Parfitt
Technical Specialist

Cc: Jack Lapidus

    Storm Wilkens

EXHIBIT 8