# REQUEST FOR CL POLICY

**A**

DATE: 1/2/02

**TO:** CL DOCUMENT MANAGEMENT, 2CR, HOME OFFICE
FAX # (860) 954-6466

1-015-681

## COMPLETE THE INFORMATION BELOW

☐ AETNA POLICY REQUEST
☒ TRAVELERS POLICY REQUEST
(Includes GULF and PHOENIX)

☐ HARDCOPY
☒ CERTIFIED

NEEDED BY: 1/8/02 (Date)

NUMBER OF COPIES NEEDED: 2 of ea.

**REQUESTOR:** Deborah Weikel
**PHONE #:** 860-277-2612

**WORK UNIT:**
☐ AMD  ☐ Claim  ☒ C/L Law  ☐ Commercial  ☐ Construction  ☐ National  ☐ Select  ☐ Other

**ADDRESS:** One Tower Square 8 MS
**FAX #:** 860-277-4563
**CITY, STATE, ZIP CODE:** Hartford, Ct 06183

| NAMED INSURED | POLICY NUMBER | POLICY PERIOD |
|---|---|---|
| West Auto Sales Inc. | QGAR171D2529 | 02/02/98 to 02/02/99 |

## PLEASE CHECK ONLY WHAT YOU NEED:

**AETNA POLICY REQUEST**
* BRANCH CODE
STATE: (necessary for a thorough search)
☐ POLICY(IES) LISTED ONLY
☐ POLICY CARD
☐ NAME SEARCH
☐ *ALL GL & PACKAGE POLICIES
☐ UNDERWRITING FILES
☐ XN DATABASE
☐ CASUALTY CESSION BINDERS (only 40's & 50's years available)
☐ NATIONAL ACCOUNT BINDERS (only 1974 - 1989 years available)
☐ W.C. MANUAL FILINGS / CANCELLATION
☐ W.C. POLICY w/INSURED COPY & F.O. COPY

**TRAVELERS POLICY REQUEST**
SAI #
REPORTING OFFICE:
☒ POLICY(IES) LISTED ONLY
☐ AER (PLEASE INCLUDE SAI AND/OR ANY POLICY NUMBER FOR THE ACCOUNT)
☐ AER w/CLAIMS HISTORY
☐ AER w/ALL GL & PACKAGE POLICIES
☐ CACR / CAR (only exists for 1973 and prior)
☐ W.C. MANUAL FILINGS / CANCELLATION

**SPECIAL INSTRUCTIONS:**

(1)

Neil
01/04/01
18 Images

CP-6073 New 3-99

(See CP-6073-1)

**EXHIBIT 9**

### Incomplete Policy

This is an incomplete copy of the policy available as of __1-18-02__ as indicated by our records. Those records indicate that the forms and/or endorsements listed below were included in the issued policy. However, these forms and/or endorsements could not be found after diligent search.

_Listing of forms, Endorsements and Schedule_

No insurance is afforded by this copy.

Pol: No: Q GAR-171D252-9
Pol: Period: 02-02-98 to 02-02-99

_H.E. Fitta_
**Director**
**PC Document Management**

[ ] The Travelers Insurance Co.
[ ] Phoenix Insurance Company
[X] The Travelers Indemnity Co.
[ ] The Travelers Lloyds Insurance Co.
[ ] The Nippon Fire & Marine Insurance Co., Ltd.
[ ] The Travelers Indemnity Co. of Missouri
[ ] The Travelers Indemnity Company
    The Aetna Casualty and Surety Company

[ ] The Travelers Indemnity Co. Of Rhode Island
[ ] The Charter Oak Fire Insurance Co.
[ ] The Travelers Indemnity Co. of Illinois
[ ] The Travelers Indemnity Co. of America
[ ] The Travelers Indemnity Co. of Connecticut
[ ] Travelers Home & Marine Insurance Company

DECLARATIONS FOR A GARAGE DEALER  Page 1
RENEWAL                                Policy No:  Q GAR-1710252-9

ITEM ONE    Named Insured and Address           Producer Name and Address
                                                CLASSIC INSURANCE AGENCY
WEST AUTO SALES INC.                            INC.
2600 BLADENSBURG RD, NE                         603 PRITCHARD LANE
WASHINGTON           DC   20018                 LARGO                    MD  20772
Producer Code: 00005       100                                              102690
PREV POLICY NO: 032 FX 422556 CAA    Broker: 521913724
                                                Report Basis: ANNUAL
Policy Period From 02/02/98 to 02/02/99 at 12:01 A.M. Standard Time at your mailing address shown above.
Insured Company and Code: 189-87726   THE TRAVELERS INDEMNITY COMPANY
Named Insured's Business: USED CAR DEALER                         20018
Form of Business: CORPORATION     TOTAL ESTIMATED PREMIUM          $2,994

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE
AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION: SEE SCHEDULE ATTACHED

FILINGS

COUNTERSIGNED 02/02/98  BY  *Thomas R. Kieh*

RENEWAL QUOTE       0813216 170

CA 00 09 12 90
Batch  Rec  Cur.Date  Run Seq       End  Leg/Run  Eff. Date  Pages      Yr   ACCTING
       98042   243         101      002  17-J    02/02/98    1733       98                    LRD



## DECLARATIONS FOR A GARAGE DEALER

### ITEM TWO

**SCHEDULE OF COVERAGES AND COVERED AUTOS**

This policy provides only those coverages where a charge is shown on the schedules. Each of these coverages will apply only to those autos shown as covered autos. Autos are shown as covered autos for a particular coverage by the entry of one or more symbols from the COVERED AUTO Section of the Garage Coverage Form next to the name of the coverage. Entry of a symbol next to LIABILITY provides coverage for garage operations.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTO Section of the Garage Coverage Form shows which autos are covered autos) | LIMIT |
|---|---|---|
| LIABILITY<br>BODILY INJURY<br><br>PROPERTY DAMAGE | 21 | 25,000 PER PERSON<br>50,000 PER ACCIDENT<br>10,000 PER ACCIDENT |
| PERSONAL INJURY PROTECTION<br>(or equivalent No-fault coverage) | 27 | SEPARATELY STATED IN EACH PIP ENDORSEMENT MINUS<br>$         Ded |
| ADDED PERSONAL INJURY PROTECTION<br>(or equivalent No-fault coverage) | | SEPARATELY STATED IN EACH ADDED PIP ENDORSEMENT |
| PROPERTY PROTECTION INSURANCE<br>(Michigan only) | | SEPARATELY STATED IN EACH P.P.I. ENDORSEMENT MINUS<br>$       Ded FOR EACH ACCIDENT |
| MEDICAL PAYMENTS | | |
| UNINSURED MOTORISTS | 22 | 25,000 PER PERSON<br>50,000 PER ACCIDENT<br>5,000 PER ACCIDENT |
| UNDERINSURED MOTORISTS<br>(When not included in Uninsured Motorists Coverage) | | $ |
| GARAGEKEEPERS COMPREHENSIVE COVERAGE | | $       EACH LOCATION MINUS $       Ded. FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $       MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| GARAGEKEEPERS SPECIFIED CAUSES OF LOSS COVERAGE | | |
| GARAGEKEEPERS COLLISION COVERAGE | | $       EACH LOCATION MINUS $       Ded. FOR EACH COVERED AUTO |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $       Ded FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING.<br>See Supplementary Schedule for dealers "autos" and "autos" held for sale by trailer dealers and non-dealers. |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ 25. Ded. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM.<br>See Supplementary Schedule for dealers "autos" and "autos" held for sale by trailer dealers and non-dealers. |
| PHYSICAL DAMAGE COLLISION COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $       Ded. FOR EACH COVERED AUTO.<br>See Supplementary Schedule for dealers "autos" and "autos" held for sale by trailer dealers and non-dealers. |
| PHYSICAL DAMAGE TOWING AND LABOR<br>(Not available in California) | | $       for each disablement of a private passenger "auto" |

**OTHER CHARGES INCLUDED WITH POLICY TOTAL PREMIUM**

CA 00 09 12 90

| Batch | Rep | Cur Date | Run Seq | End | Last Run | Eff Date | Pages | Yr | ACCTING | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 98042 | 243 | 002 | | 02/02/98 | 1734 | 98 | | LRD |

GARAGE POLICY — AUTO DEALERS' SUPPLEMENTARY SCHEDULE                                  Page    3

Policy No:   Q GAR-171D252-9

### ITEM THREE
**LOCATIONS WHERE YOU CONDUCT GARAGE OPERATIONS**

| Loc. No. | Address (state your main business location as Location No. 1) | | | EFFECTIVE |
|---|---|---|---|---|
| 1 | 2600 BLADENSBURG RD. | WASHINGTON | DC 20018 | 02/02/98 |

### ITEM FOUR
**LIABILITY COVERAGE — PREMIUMS**

| Loc. No. | Classes of Operators | | Number of Persons | Total Rating Units | Terr | Class | Surcharge % OR $ |
|---|---|---|---|---|---|---|---|
| 1 | Class I – Employees Regular Operators | 1A | 1 | 2.000 | 001 | 735100 | 25.00 |
|   | Regular Operators | 1B | 1 | | | | |
|   | Class I – Employees | 1C | | | | | |
|   | All Others | 1D | | | | | |
|   | Class II – Non-Employees Under age 25 | 2A | | | | | |
|   | Class II – Non-Employees Age 25 or over | 2B | | | | | |
|   | Dealer Plates | | 4 | | | | |
|   | Motorcycle Plates | | | | | | |
|   | Class I – Employees | 1A | | | | | |
|   | Regular Operators | 1B | | | | | |
|   | Class I – Employees | 1C | | | | | |
|   | All Others | 1D | | | | | |
|   | Class II – Non-Employees Under age 25 | 2A | | | | | |
|   | Class II – Non-Employees Age 25 or over | 2B | | | | | |
|   | Dealer Plates | | | | | | |
|   | Motorcycle Plates | | | | | | |

**Definitions:**
Class I – Employees
  Regular Operator — Proprietors, partners and officers active in the "garage operations," salespersons, general managers, service managers; any employee whose principal duty involves the operation of covered "autos" or who is furnished a covered "auto."
  All Others — All other employees.
  Note: 1. Part-time employees working an average of 20 hours or more a week for the number of weeks worked are to be counted as 1 rating unit each.
  2. Part-time employees working an average of less than 20 hours a week for the number of weeks worked are to be counted as 1/2 rating unit each.
Class II – Non-Employees
  Any of the following persons who are regularly furnished with a covered "auto": Inactive proprietors, partners or officers and their relatives and the relatives of any person described in Class I.

**FOR LIABILITY LIMITS AND PREMIUMS SEE REVERSE SIDE**

9815216 170

CA 00 07 12 93
Batch    Rep.   Cur. Date   Run Seq         981 216 173        End   Last Run   Eff Date   Pages           Yr   ACCTING
W       38042   243                          002              02/02/98  1735          98

LRD

GARAGE POLICY - AUTO DEALERS' SUPPLEMENTARY SCHEDULE                                  Page    4

Policy No:   Q GAR-171D252-9

## LIABILITY LIMITS

| Loc.No. | BI Per / Acc | PD Acc | Med Pay | Aggr Other Than Auto | PIP | ADDL PIP | OBEL | |
|---|---|---|---|---|---|---|---|---|
| 1 | 25   50 | 10 | | | 50 | | | |

| Loc.No. | UM Per / Acc | UMPD | UM Ded | UN Per / Acc | UNPD | UN Ded | |
|---|---|---|---|---|---|---|---|
| 1 | 25   50 | 5 | | | | | |

*REJ Denotes Coverage Rejected

## PREMIUMS

| Loc.No. | BI | PD | Med Pay | PIP | ADDL PIP | Owner Premises BI   PD | BI Trips | PD Trips | PIP Trips |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1362 | 656 | | 104 | | | | | |

| Loc.No. | ESCALATORS BI   PD | ELEVATORS | UM | UMPD | UN | UNPD | OBEL | PRO/SHORT RATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | 872 | INCL | | | | 1.000 |

GARAGE POLICY — AUTO DEALERS' SUPPLEMENTARY SCHEDULE                                   Page   5

Policy No:   Q GAR-171D252-9

**ITEM FIVE**
**LIABILITY COVERAGE FOR YOUR CUSTOMERS.**
In accordance with paragraph a.(2)(d) of WHO IS AN INSURED under SECTION II — LIABILITY COVERAGE, Liability coverage for your customers is limited unless indicated below by "X".

☐ If this box is checked, paragraph a.(2)(d) of WHO IS AN INSURED under SECTION II — LIABILITY COVERAGE does not apply.

**ITEM SIX**
**GARAGEKEEPERS COVERAGES AND PREMIUMS.**

| Location No. | Coverages | Limit of Insurance For Each Location (Absence of a limit or deductible below means that the corresponding ITEM TWO limit or deductible applies) |
|---|---|---|
| 1 | Comprehensive | $         MINUS         DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO |
|   | Specified Causes of Loss | $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|   | Collision | $         MINUS  $         DEDUCTIBLE FOR EACH COVERED AUTO. |
|   | Comprehensive | $         MINUS         DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO |
|   | Specified Causes of Loss | $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|   | Collision | $         MINUS  $         DEDUCTIBLE FOR EACH COVERED AUTO. |

GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of the Direct Coverage Options is indicated below by "X."

**DIRECT COVERAGE OPTIONS**

☐ EXCESS INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insureds" legal liability for "loss" to a covered "auto" and is excess over any other collectible insurance regardless of whether the other insurance covers your or any other "insureds" interest or the interest of the covered "auto's" owner.

☐ PRIMARY INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insureds" legal liability for "loss" to a covered "auto" and is primary insurance.

**ITEM SEVEN**
**PHYSICAL DAMAGE COVERAGE —**
**TYPES OF COVERED AUTOS, AND INTERESTS IN THESE AUTOS —**
**PREMIUMS — REPORTING OR NONREPORTING BASIS**

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM TWO applies only to the types of "autos" and interests indicated below by "X".

| Coverages | Types of "autos" | | Interests covered | | | |
|---|---|---|---|---|---|---|
|  | New "Autos" | Used "autos," Demonstrators and Service Vehicles | Your interest in covered "autos" you own | Your interest only in financed covered "autos" | Your interest and the interest of any creditor named as a loss payee | All interests in any "auto" not owned by you or any creditor while in your possession on consignment for sale. |
| Comprehensive | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Specified Causes of Loss | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Collision | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Location No. | Coverages | Limit of Insurance For Each Location |
|---|---|---|
| 1 | Comprehensive | $         MINUS         DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO |
|   | Specified Causes of Loss | $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
|   | Comprehensive | $         MINUS         DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO |
|   | Specified Causes of Loss | $         MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| All | Collision | $         MINUS         DEDUCTIBLE FOR EACH COVERED AUTO |
|   |   | BLANKET ANNUAL COLLISION RATES |
|   |   | First $50,000    |    $50,001 to $100,000    |    Over $100,000 |

Our limit of insurance for "loss" at locations other than those stated in ITEM THREE.

$           Additional locations where you store covered "autos"
$           In transit

CA 00 07 12 93
Batch   Rep   Cur Date   Run Seq          End   Last Run   Eff Date   Pages          Yr   ACCTING
         W    98042      243                    002        02/02/98   1737           98                        LRD

Policy No: Q GAR-171D252-9

PREMIUM BASIS – Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis Agreed Upon by "X").

☐ REPORTING BASIS (Quarterly or Monthly as indicated below by "X").

You must report to us on our form the location of your covered "autos" and their total value at each such location. For your main sales location identified as location no. 1, you must include the total value of all covered "autos" you have furnished or made available to yourself, your executives, your employees or family members and other Class II – Non-Employees, and covered "autos" that are temporarily displayed or stored at locations other than those stated in ITEM THREE above. For your main sales location you must include total value of all service vehicles.

YOUR REPORTING BASIS IS:

☐ QUARTERLY You must give us your first report by the fifteenth of the fourth month after the policy begins. Your subsequent reports must be given to us by the fifteenth of every third month. Your reports must contain the value for the last business day of every third month coming within the policy period.

☐ MONTHLY You must give us your reports by the fifteenth of every month. Your reports will contain the total values you had on the last business day of the preceding month.

Premiums will be calculated pro rata of the annual premium for the exposures contained in each report. At the end of each policy year we will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire policy year. The estimated total premiums shown above will be credited against the final premium due.

☐ NONREPORTING BASIS. Stated limit of insurance shown above applies.

### ITEM EIGHT
MEDICAL PAYMENTS COVERAGE. REFER TO ITEM TEN FOR COVERED AUTOS INSURED ON A SPECIFIED CAR BASIS.

| Coverage | Premium Determination |
|---|---|
| Auto Medical Payments Only | Auto Medical Payments Premium equals ___ % of the Liability Premium |
| Premises and Operations Medical Payments (Does not apply to bodily injury caused by any auto) | Premises and Operations Medical Payments Premium equals ___ % of the Liability Premium |
| Premises and Operations and Auto Medical Payments | Premises and Operations and Auto Medical Payments Premium equals ___ % of the Liability Premium |

### ITEM NINE
UNINSURED MOTORISTS COVERAGE – PREMIUMS – REFER TO ITEM TEN FOR SEPARATELY REGISTERED COVERED AUTOS.

| Number of Plates | Rate Per Plate | Premium |
|---|---|---|
| SEE ITEM FOUR | | |

### ITEM ELEVEN
LIABILITY PREMIUM FOR PICK UP AND DELIVERY OF AUTOS – NON-FRANCHISED DEALERS ONLY

| Location No. | Number of Driver Trips 51-200 miles / Over 200 miles | |
|---|---|---|
| 1 | | |

### PHYSICAL DAMAGE PREMIUMS

| Location No. | GARAGEKEEPERS | | | GARAGE DEALERS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Comp | Coll | Specified Perils | Comp | Coll | Specified Perils | | | |
| 1 | | | | | | | | | |

CA 00 07 12 93

Batch | Rep | Cur Date | Run Seq | End | Last Run | Eff Date | Pages | Yr | ACCT ING
 | W | 99042 | 243 | 002 | | 02/02/98  1738 | | 98 |

LRD

**DECLARATIONS FOR A GARAGE DEALER**
**AMENDED** 11/30/98

Policy No: Q GAR-1718252-9  Page 1

**ITEM ONE — Named Insured and Address**

WEST AUTO SALES INC.
1 KENNEDY STREET N.W.
WASHINGTON  DC  20011

Producer Code: 00005  .100
PREV POLICY NO: 032 FX 422556 CAA
Policy Period: From 02/02/98 to 02/02/99 at 12:01 A.M. Standard Time at your mailing address shown above.
Insured Company and Code: 25658
Named Insured's Business: USED CAR DEALER
Form of Business: CORPORATION

**Producer Name and Address**

CLASSIC INSURANCE AGENCY INC.
603 PRITCHARD LANE
LARGO  MD  20772
182690

Broker: 521913724
Report Basis: ANNUAL

THE TRAVELERS INDEMNITY COMPANY

ADDITIONAL PREMIUM  20018
$0

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

---

FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION: SEE SCHEDULE ATTACHED

---

**FILINGS**

---

COUNTERSIGNED 11/30/98  BY  *Thomas R Krebs*

---

AMEND INSURED ADDRESS

CA 00 09 12 90

9 9 1 5 5 5 1 0 2 6 4

Batch  Rep E  Cur Date 98338  Run Seq 240    End 003  Last Run  Eff Date 11/30/98  Pages 4716    Yr 98  ACCTING

LRD

DECLARATIONS FOR A GARAGE DEALER          Page 2

ITEM TWO

SCHEDULE OF COVERAGES AND COVERED AUTOS
This policy provides only those coverages where a charge is shown on the schedules. Each of these coverages will apply only to those autos shown as covered autos. Autos are shown as covered autos for a particular coverage by the entry of one or more symbols from the COVERED AUTO Section of the Garage Coverage Form next to the name of the coverage. Entry of a symbol next to LIABILITY provides coverage for garage operations.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTO Section of the Garage Coverage Form shows which autos are covered autos) | LIMIT |
|---|---|---|
| LIABILITY<br>BODILY INJURY<br><br>PROPERTY DAMAGE | 21 | 25,000   PER PERSON<br>50,000   PER ACCIDENT<br>10,000   PER ACCIDENT |
| PERSONAL INJURY PROTECTION (or equivalent No-fault coverage) | 27 | SEPARATELY STATED IN EACH PIP ENDORSEMENT MINUS<br>$       Ded |
| ADDED PERSONAL INJURY PROTECTION (or equivalent No-fault coverage) | | SEPARATELY STATED IN EACH ADDED PIP ENDORSEMENT |
| PROPERTY PROTECTION INSURANCE (Michigan only) | | SEPARATELY STATED IN EACH P.P.I. ENDORSEMENT MINUS<br>$       Ded FOR EACH ACCIDENT |
| MEDICAL PAYMENTS | | |
| UNINSURED MOTORISTS | 22 | 25,000   PER PERSON<br>50,000   PER ACCIDENT<br>5,000    PER ACCIDENT |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists Coverage) | | $ |
| GARAGEKEEPERS COMPREHENSIVE COVERAGE | | $       EACH LOCATION MINUS $       Ded. FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $       MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| GARAGEKEEPERS SPECIFIED CAUSES OF LOSS COVERAGE | | |
| GARAGEKEEPERS COLLISION COVERAGE | | $       EACH LOCATION MINUS $       Ded. FOR EACH COVERED AUTO. |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $       Ded. FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING.<br>See Supplementary Schedule for dealers "autos" and "autos" held for sale by trailer dealers and non-dealers. |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ 25. Ded. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM.<br>See Supplementary Schedule for dealers "autos" and "autos" held for sale by trailer dealers and non-dealers. |
| PHYSICAL DAMAGE COLLISION COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $       Ded. FOR EACH COVERED AUTO.<br>See Supplementary Schedule for dealers "autos" and "autos" held for sale by trailer dealers and non-dealers. |
| PHYSICAL DAMAGE TOWING AND LABOR (Not available in California) | | $       for each disablement of a private passenger "auto" |

OTHER CHARGES INCLUDED WITH POLICY TOTAL PREMIUM

CA 00 09 12 90

| Batch | Rep | Cur Date | Run Seq | End | Last Run | Eff Date | Pages | Yr | ACCTING |
|---|---|---|---|---|---|---|---|---|---|
| E | | 98338 | 240 | 003 | | 11/30/98 | 4717 | 98 | |

LRD

# AUTO DEALERS SUPPLEMENTARY SCHEDULE

Page 3

Policy No: Q GAR-171D252-9

## ITEM THREE

**LOCATIONS WHERE YOU CONDUCT GARAGE OPERATIONS**

| Loc. No. | Address — state your main business location as Location No 1 | | |
|---|---|---|---|
| 1 | 2600 BLADENSBURG RD. | WASHINGTON DC 20018 | EFFECTIVE 11/30/98 |

## ITEM FOUR

**LIABILITY COVERAGE – PREMIUMS**

| Loc. No. | Classes of Operators | | Number of Persons | Total Rating Units | Terr | Class | Surcharge % OR $ |
|---|---|---|---|---|---|---|---|
| 1 | Class 1-Employees Regular Operators | 1A | 1 | 2.000 | 001 | 735100 | 25.00 |
| | | 1B | 1 | | | | |
| | Class 1-Employees | 1C | | | | | |
| | All Others | 1D | | | | | |
| | Class II-Non-Employees Under age 25 | 2A | | | | | |
| | Class II-Non-Employees Age 25 or over | 2B | | | | | |
| | Dealer Plates | | 4 | | | | |
| | Motorcycle Plates | | | | | | |
| | Class 1-Employees Regular Operators | 1A | | | | | |
| | | 1B | | | | | |
| | Class 1-Employees | 1C | | | | | |
| | All Others | 1D | | | | | |
| | Class II-Non-Employees Under age 25 | 2A | | | | | |
| | Class II-Non-Employees Age 25 or over | 2B | | | | | |
| | Dealer Plates | | | | | | |
| | Motorcycle Plates | | | | | | |

**Definitions:**
**Class I – Employees**
 Regular Operator — Proprietors, partners and officers active in the "garage operations," salespersons, general managers, service managers; any employee whose principal duty involves the operation of covered "autos" or who is furnished a covered "auto."
 All Others — All other employees

Note: 1. Part-time employees working an average of 20 hours or more a week for the number of weeks worked are to be counted as 1 rating unit each.
 2. Part-time employees working an average of less than 20 hours a week for the number of weeks worked are to be counted as 1/2 rating unit each.

**Class II – Non-Employees**
 Any of the following persons who are regularly furnished with a covered "auto" inactive proprietors, partners or officers and their relatives and the relatives of any person described in Class I.

**FOR LIABILITY LIMITS AND PREMIUMS SEE REVERSE SIDE**

CA 00 07 12 93

9 9 1 ? ? 1 0 2 6 4

| Batch | Rep | Cur Date | Run Seq | End | Last Run | Eff Date | Pages | Yr | ACCTING |
|---|---|---|---|---|---|---|---|---|---|
| | E | 98338 | 240 | 003 | | 11/30/98 | 4718 | 98 | |

LRD

## LIABILITY LIMITS

| Loc.No. | BI Per / Acc | | PD Acc | Med Pay | Aggr Other Than Auto | PIP | ADDL PIP | OBEL | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 25 | 50 | 10 | | | 50 | | | |

| Loc.No. | UM Per / Acc | | UMPD | UM Ded | UN Per / Acc | | UNPD | UN Ded | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 25 | 50 | 5 | | | | | | |

**REJ Denotes Coverage Rejected

## PREMIUMS

| Loc.No. | BI | PD | Med Pay | PIP | ADDL PIP | Owner Premises BI | PD | BI Trips | PD Trips | PIP Trips |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |

| Loc.No. | ESCALATORS BI | PD | ELEVATORS | UM | UMPD | UN | UNPD | OBEL | PRO/SHORT RATE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | 1.000 |

CA 00 07 12 93

Batch | Rep | Cur Date | Run Seq | End | Last Run | E11 Date | Pages | Yr | ACCTING
 | E | 98338 | 240 | 003 | | 11/30/98 | 4719 | 98 |
LRD

GARAGE POLICY — AUTO DEALERS SUPPLEMENTARY SCHEDULE

Page 5

Policy No. Q GAR-171D252-9

**ITEM FIVE**
LIABILITY COVERAGE FOR YOUR CUSTOMERS.
In accordance with paragraph a(2)(d) of WHO IS AN INSURED under SECTION II — LIABILITY COVERAGE, liability coverage for your customers is limited unless indicated below by "X".
☐ If this box is checked, paragraph a(2)(d) of WHO IS AN INSURED under SECTION II — LIABILITY COVERAGE does not apply.

**ITEM SIX**
GARAGEKEEPERS COVERAGES AND PREMIUMS.

| Location No | Coverages | Limit of Insurance For Each Location (Absence of a limit or deductible below means that the corresponding ITEM TWO limit or deductible applies) | | |
|---|---|---|---|---|
| 1 | Comprehensive | $ MINUS $ CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO | DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS | |
| | Specified Causes of Loss | $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. | | |
| | Collision | $ MINUS $ | DEDUCTIBLE FOR EACH COVERED AUTO | |
| | Comprehensive | $ MINUS $ CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO | DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS | |
| | Specified Causes of Loss | $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. | | |
| | Collision | $ MINUS $ | DEDUCTIBLE FOR EACH COVERED AUTO | |

GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of the Direct Coverage Options is indicated below by "X".

DIRECT COVERAGE OPTIONS
☐ EXCESS INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to any other "insured's" legal liability for "loss" to a covered "auto" and is excess over any other collectible insurance regardless of whether the other insurance covers your or any other "insureds" interest or the interest of the covered "auto's" owner.

☐ PRIMARY INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other insured's legal liability for "loss" to a covered "auto" and is primary insurance.

**ITEM SEVEN**
PHYSICAL DAMAGE COVERAGE —
TYPES OF COVERED AUTOS AND INTERESTS IN THESE AUTOS —
PREMIUMS — REPORTING OR NONREPORTING BASIS

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM TWO applies only to the types of "autos" and interests indicated below by "X".

| Coverages | Types of "autos" | | | Interests covered | | |
|---|---|---|---|---|---|---|
| | New "Autos" | Used "autos," Demonstrators and Service Vehicles | Your interest in covered "autos" you owned | Your interest only in financed covered "autos" | Your interest and the interest of any creditors named as a loss payee | All interests in any "auto" not owned by you or any creditor while in your possession on consignment for sale. |
| Comprehensive | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Specified Causes of Loss | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Collision | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Location No. | Coverages | Limit of Insurance For Each Location | | |
|---|---|---|---|---|
| 1 | Comprehensive | $ MINUS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO | DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS | |
| | Specified Causes of Loss | $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT | | |
| | Comprehensive | $ MINUS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO | DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS | |
| | Specified Causes of Loss | $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT | | |
| All | Collision | $ MINUS | DEDUCTIBLE FOR EACH COVERED AUTO | |
| | | BLANKET ANNUAL COLLISION RATES | | |
| | | First $50,000 | $50,001 to $100,000 | Over $100,000 |

Our limit of insurance for "loss" at locations other than those stated in ITEM THREE
$    Additional locations where you store covered "autos"
$    In transit

CA 00 07 12 93

991-51-254

Batch E | Rep 98338 | Cur Date | Run Seq 240 | End 003 | Last Run | Eff Date 11/30/98 | Pages 4720 | Yr 98 | ACCTING

LRD

GARAGE POLICY — AUTO DEALERS' SUPPLEMENTARY SCHEDULE                                    Page     6

Policy No:   Q GAR-171D252-9

PREMIUM BASIS — Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis Agreed Upon by "X").

☐ REPORTING BASIS (Quarterly or Monthly as indicated below by "X").

You must report to us on our form the location of your covered "autos" and their total value at each such location. For your main sales location identified as location no. 1, you must include the total value of all covered "autos" you have furnished or made available to yourself, your executives, your employees or family members and other Class II – Non-Employees, and covered "autos" that are temporarily displayed or stored at locations other than those stated in ITEM THREE above. For your main sales location you must include total value of all service vehicles.

YOUR REPORTING BASIS IS:

☐ QUARTERLY You must give us your first report by the fifteenth of the fourth month after the policy begins. Your subsequent reports must be given to us by the fifteenth of every third month. Your reports must contain the value for the last business day of every third month coming within the policy period.

☐ MONTHLY You must give us your reports by the fifteenth of every month. Your reports will contain the total values you had on the last business day of the preceding month.

Premiums will be calculated pro rata of the annual premium for the exposures contained in each report. At the end of each policy year we will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire policy year. The estimated total premiums shown above will be credited against the final premium due.

☐ NONREPORTING BASIS. Stated limit of insurance shown above applies.

## ITEM EIGHT

MEDICAL PAYMENTS COVERAGE.   REFER TO ITEM TEN FOR COVERED AUTOS INSURED ON A SPECIFIED CAR BASIS.

| Coverage | Premium Determination |
|---|---|
| Auto Medical Payments Only | Auto Medical Payments Premium equals     % of the Liability Premium |
| Premises and Operations Medical Payments (Does not apply to bodily injury caused by any auto) | Premises and Operations Medical Payments Premium equals     % of the Liability Premium |
| Premises and Operations and Auto Medical Payments | Premises and Operations and Auto Medical Payments Premium equals     % of the Liability Premium |

## ITEM NINE

UNINSURED MOTORISTS COVERAGE — PREMIUMS — REFER TO ITEM TEN FOR SEPARATELY REGISTERED COVERED AUTOS

| Number of Plates | Rate Per Plate | Premium |
|---|---|---|
| SEE ITEM FOUR | | |

## ITEM ELEVEN

LIABILITY PREMIUM FOR PICK UP AND DELIVERY OF AUTOS — NON-FRANCHISED DEALERS ONLY

| Location No. | Number of Driver Trips 51-200 miles / Over 200 miles | | |
|---|---|---|---|
| 1 | | | |

### PHYSICAL DAMAGE PREMIUMS

| | GARAGEKEEPERS | | | GARAGE DEALERS | | | | |
|---|---|---|---|---|---|---|---|---|
| Location No. | Comp | Coll | Specified Perils | Comp | Coll | Specified Perils | | |
| 1 | | | | | | | | |

CA 00 07 12 93

| DECLARATIONS FOR A GARAGE DEALER | | | Page 1 |
|---|---|---|---|
| AMENDED | 12/16/98 | Policy No | Q GAR-1710252-9 |

**ITEM ONE**   Named Insured and Address

WEST AUTO SALES INC.
1 KENNEDY STREET N.W.
WASHINGTON    DC   20011

Producer Code: 00005    .100

PREV POLICY NO: 032 FX 422556 CAA

Policy Period From 02/02/98 to 02/02/99 at 12:01 A.M. Standard Time at your mailing address shown above.

Insured Company and Code: 25658    THE TRAVELERS INDEMNITY COMPANY

Named Insured's Business: USED CAR DEALER

Form of Business: CORPORATION

**Producer Name and Address**
CLASSIC INSURANCE AGENCY INC.
603 PRITCHARD LANE
LARGO    MD   20772

Broker: 521913724        182690
Report Basis: ANNUAL

20018
ADDITIONAL PREMIUM      $58

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY

---

FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION: SEE SCHEDULE ATTACHED

---

FILINGS

---

COUNTERSIGNED 12/16/98    BY   *Thomas R Kuhn*

---

ADD 2 DEALER PLATES

CA 00 09 12 90            9 9 1 6 2 1 9 0 0 5 4

| Batch | Rep | Cur Date | Run Seq | End | Last Run | Eff Date | Pages | Yr | ACCTING | |
|---|---|---|---|---|---|---|---|---|---|---|
| | E | 99014 | 100 | 004 | | 12/16/98 | 922 | 98 | | LRD |

# DECLARATIONS FOR A GARAGE DEALER

## ITEM TWO

### SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown on the schedules. Each of these coverages will apply only to those autos shown as covered autos. Autos are shown as covered autos for a particular coverage by the entry of one or more symbols from the COVERED AUTO Section of the Garage Coverage Form next to the name of the coverage. Entry of a symbol next to LIABILITY provides coverage for garage operations.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTO Section of the Garage Coverage Form shows which autos are covered autos) | LIMIT |
|---|---|---|
| LIABILITY<br>BODILY INJURY<br><br>PROPERTY DAMAGE | 21 | 25,000 PER PERSON<br>50,000 PER ACCIDENT<br>10,000 PER ACCIDENT |
| PERSONAL INJURY PROTECTION (or equivalent No-fault coverage) | 27 | SEPARATELY STATED IN EACH PIP ENDORSEMENT MINUS<br>$ Ded |
| ADDED PERSONAL INJURY PROTECTION (or equivalent No-fault coverage) | | SEPARATELY STATED IN EACH ADDED PIP ENDORSEMENT |
| PROPERTY PROTECTION INSURANCE (Michigan only) | | SEPARATELY STATED IN EACH P.P.I. ENDORSEMENT MINUS<br>$ Ded FOR EACH ACCIDENT |
| MEDICAL PAYMENTS | | |
| UNINSURED MOTORISTS | 22 | 25,000 PER PERSON<br>50,000 PER ACCIDENT<br>5,000 PER ACCIDENT |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists Coverage) | | $ |
| GARAGEKEEPERS COMPREHENSIVE COVERAGE | | $ EACH LOCATION MINUS $ Ded FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| GARAGEKEEPERS SPECIFIED CAUSES OF LOSS COVERAGE | | |
| GARAGEKEEPERS COLLISION COVERAGE | | $ EACH LOCATION MINUS $ Ded FOR EACH COVERED AUTO. |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ Ded FOR EACH COVERED AUTO. BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING.<br>See Supplementary Schedule for dealers "autos" and "autos" held for sale by trailer dealers and non-dealers. |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ 25. Ded FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM.<br>See Supplementary Schedule for dealers "autos" and "autos" held for sale by trailer dealers and non-dealers. |
| PHYSICAL DAMAGE COLLISION COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $ Ded FOR EACH COVERED AUTO.<br>See Supplementary Schedule for dealers "autos" and "autos" held for sale by trailer dealers and non-dealers. |
| PHYSICAL DAMAGE TOWING AND LABOR (Not available in California) | | $ for each disablement of a private passenger "auto" |

| OTHER CHARGES INCLUDED WITH POLICY TOTAL PREMIUM |
|---|
| |

CA 00 09 12 90

| Batch | Rep | Cur Date | Run Seq | End | Last Run | Eff Date | Pages | Yr | ACCTING | |
|---|---|---|---|---|---|---|---|---|---|---|
| | E | 99014 | 100 | 004 | | 12/16/98 | 923 | 98 | | LRD |

GARAGE POLICY - AUTO DEALERS SUPPLEMENTARY SCHEDULE           Page 3

Policy No    Q GAR-1710252-9

## ITEM THREE
LOCATIONS WHERE YOU CONDUCT GARAGE OPERATIONS

| Loc. No. | Address (state your main business location as Location No 1) | | | EFFECTIVE |
|---|---|---|---|---|
| 1 | 2600 BLADENSBURG RD. | WASHINGTON | DC 20018 | 12/16/98 |

## ITEM FOUR
LIABILITY COVERAGE - PREMIUMS.

| Loc. No. | Classes of Operators | | Number of Persons | Total Rating Units | Terr | Class | Surcharge % OR $ |
|---|---|---|---|---|---|---|---|
| 1 | Class 1-Employees Regular Operators | 1A | 1 | 2.000 | 001 | 735100 | 25.00 |
| | Regular Operators | 1B | 1 | | | | |
| | Class 1-Employees | 1C | | | | | |
| | All Others | 1D | | | | | |
| | Class II-Non-Employees Under age 25 | 2A | | | | | |
| | Class II-Non-Employees Age 25 or over | 2B | | | | | |
| | Dealer Plates | | 6 | | | | |
| | Motorcycle Plates | | | | | | |
| | Class 1-Employees | 1A | | | | | |
| | Regular Operators | 1B | | | | | |
| | Class 1-Employees | 1C | | | | | |
| | All Others | 1D | | | | | |
| | Class II-Non-Employees Under age 25 | 2A | | | | | |
| | Class II-Non-Employees Age 25 or over | 2B | | | | | |
| | Dealer Plates | | | | | | |
| | Motorcycle Plates | | | | | | |

**Definitions:**
Class I - Employees
  Regular Operator - Proprietors, partners and officers active in the "garage operations," salespersons, general managers, service managers; any employee whose principal duty involves the operation of covered "autos" or who is furnished a covered "auto."
  All Others - All other employees.

Note: 1. Part-time employees working an average of 20 hours or more a week for the number of weeks worked are to be counted as 1 rating unit each.
    2. Part-time employees working an average of less than 20 hours a week for the number of weeks worked are to be counted as 1/2 rating unit each.

Class II - Non-Employees
  Any of the following persons who are regularly furnished with a covered "auto" Inactive proprietors, partners or officers and their relatives and the relatives of any person described in Class I

**FOR LIABILITY LIMITS AND PREMIUMS SEE REVERSE SIDE**

CA 00 07 12 93

9 9 1 6 2 1 9 2 0 5 4

| Batch | Rep | Cur Date | Run Seq | End | Last Run | Eff Date | Pages | Yr | ACCTING |
|---|---|---|---|---|---|---|---|---|---|
| | E | 99014 | 100 | 004 | | 12/16/98 | 924 | 98 | |

LRD

GARAGE POLICY - AUTO DEALERS' SUPPLEMENTARY SCHEDULE        Page 4

Policy No.    Q GAR-171D252-9

### LIABILITY LIMITS

| Loc No. | BI Per / Acc | PD Acc | Med Pay | Aggr Other Than Auto | PIP | ADDL PIP | OBEL |
|---|---|---|---|---|---|---|---|
| 1 | 25   50 | 10 | | | 50 | | |

| Loc. No. | UM Per / Acc | UMPD | UM Ded | UN Per / Acc | UNPD | UN Ded |
|---|---|---|---|---|---|---|
| 1 | 25   50 | 5 | | | | |

**REJ Denotes Coverage Rejected

### PREMIUMS

| Loc. No. | BI | PD | Med Pay | PIP | ADDL PIP | Owner Premises BI   PD | BI Trips | PD Trips | PIP Trips |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |

| Loc. No. | ESCALATORS BI   PD | ELEVATORS | UM | UMPD | UN | UNPD | OBEL | PRO/SHORT RATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | 58 | INCL | | | | .131 |

CA 00 07 12 93

Batch   Rep  Cur Date  Run Seq         End   Last Run  Eff Date  Pages        Yr   /CCTING
        E    99014     100             004             12/16/98  925          98
                                                                                        LRD

Policy No.   Q GAR-171D252-9

## ITEM FIVE
**LIABILITY COVERAGE FOR YOUR CUSTOMERS.**

In accordance with paragraph a(2)(d) of WHO IS AN INSURED under SECTION II - LIABILITY COVERAGE, Liability coverage for your customers is limited unless indicated below by "X".

[ ] If this box is checked, paragraph a(2)(d) of WHO IS AN INSURED under SECTION II - LIABILITY COVERAGE does not apply

## ITEM SIX
**GARAGEKEEPERS COVERAGES AND PREMIUMS.**

| Location No. | Coverages | Limit of Insurance For Each Location (Absence of a limit or deductible below means that the corresponding ITEM TWO limit or deductible applies) |
|---|---|---|
| 1 | Comprehensive | $ _____ MINUS _____ DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO |
| | Specified Causes of Loss | $ _____ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT |
| | Collision | $ _____ MINUS $ _____ DEDUCTIBLE FOR EACH COVERED AUTO |
| | Comprehensive | $ _____ MINUS _____ DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO |
| | Specified Causes of Loss | $ _____ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT |
| | Collision | $ _____ MINUS $ _____ DEDUCTIBLE FOR EACH COVERED AUTO |

GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of the Direct Coverage Options is indicated below by "X".

**DIRECT COVERAGE OPTIONS**

[ ] EXCESS INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a covered "auto" and is excess over any other collectible insurance regardless of whether the other insurance covers your or any other "insureds" interest or the interest of the covered "auto's" owner

[ ] PRIMARY INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insureds" legal liability for "loss" to a covered "auto" and is primary insurance.

## ITEM SEVEN
**PHYSICAL DAMAGE COVERAGE - TYPES OF COVERED AUTOS AND INTERESTS IN THESE AUTOS - PREMIUMS - REPORTING OR NONREPORTING BASIS**

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM TWO applies only to the types of "autos" and interests indicated below by "X".

| Coverages | Types of "autos" | | Interests covered | | | |
|---|---|---|---|---|---|---|
| | New "Autos" | Used "autos," Demonstrators and Service Vehicles | Your interest in covered "autos" you owned | Your interest only in financed covered "autos" | Your interest and the interest of any creditors named as a loss payee | All interests in any "auto" not owned by you or any creditors while in your possession on consignment for sale. |
| Comprehensive | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
| Specified Causes of Loss | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
| Collision | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Location No. | Coverages | Limit of Insurance For Each Location |
|---|---|---|
| 1 | Comprehensive | $ _____ MINUS _____ DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO |
| | Specified Causes of Loss | $ _____ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT |
| | Comprehensive | $ _____ MINUS _____ DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO |
| | Specified Causes of Loss | $ _____ MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT |
| All | Collision | $ _____ MINUS $ _____ DEDUCTIBLE FOR EACH COVERED AUTO |

**BLANKET ANNUAL COLLISION RATES**

| First $50,000 | $50,001 to $100,000 | Over $100,000 |
|---|---|---|

Our limit of insurance for "loss" at locations other than those stated in ITEM THREE
$ _____ Additional locations where you store covered "autos"
$ _____ In transit

CA 00 07 12 93

991    1 9    5 4

| Batch | Rep | Cur Date | Run Seq | End | Last Run | Eff Date | Pages | Yr | ACCTING |
|---|---|---|---|---|---|---|---|---|---|
| | E | 99014 | 100 | 004 | | 12/16/98 | 926 | 98 | |

LRD

GARAGE POLICY – AUTO DEALERS' SUPPLEMENTARY SCHEDULE                Page        6

Policy No:   Q GAR-171D252-9

PREMIUM BASIS – Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis Agreed Upon by "X").

☐ REPORTING BASIS (Quarterly or Monthly as indicated below by "X").

You must report to us on our form the location of your covered "autos" and their total value at each such location. For your main sales location identified as location no. 1, you must include the total value of all covered "autos" you have furnished or made available to yourself, your executives, your employees or family members and other Class II – Non-Employees, and covered "autos" that are temporarily displayed or stored at locations other than those stated in ITEM THREE above. For your main sales location you must include total value of all service vehicles.

YOUR REPORTING BASIS IS:

☐ QUARTERLY You must give us your first report by the fifteenth of the fourth month after the policy begins. Your subsequent reports must be given to us by the fifteenth of every third month. Your reports must contain the value for the last business day of every third month coming within the policy period.

☐ MONTHLY You must give us your reports by the fifteenth of every month. Your reports will contain the total values you had on the last business day of the preceding month.

Premiums will be calculated pro rata of the annual premium for the exposures contained in each report. At the end of each policy year we will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire policy year. The estimated total premiums shown above will be credited against the final premium due.

☐ NONREPORTING BASIS. Stated limit of insurance shown above applies.

## ITEM EIGHT
MEDICAL PAYMENTS COVERAGE. REFER TO ITEM TEN FOR COVERED AUTOS INSURED ON A SPECIFIED CAR BASIS.

| Coverage | Premium Determination | |
|---|---|---|
| Auto Medical Payments Only | Auto Medical Payments Premium equals | % of the Liability Premium |
| Premises and Operations Medical Payments (Does not apply to bodily injury caused by any auto) | Premises and Operations Medical Payments Premium equals | % of the Liability Premium |
| Premises and Operations and Auto Medical Payments | Premises and Operations and Auto Medical Payments Premium equals | % of the Liability Premium |

## ITEM NINE
UNINSURED MOTORISTS COVERAGE PREMIUMS—REFER TO ITEM TEN FOR SEPARATELY REGISTERED COVERED AUTOS.

| Number of Plates | Rate Per Plate | Premium |
|---|---|---|
| SEE ITEM FOUR | | |

## ITEM ELEVEN
LIABILITY PREMIUM FOR PICK UP AND DELIVERY OF AUTOS—NON-FRANCHISED DEALERS ONLY

| Location No. | Number of Driver Trips 51-200 miles / Over 200 miles | |
|---|---|---|
| 1 | | |

### PHYSICAL DAMAGE PREMIUMS

| | GARAGEKEEPERS | | | GARAGE DEALERS | | | | |
|---|---|---|---|---|---|---|---|---|
| Location No. | Comp | Coll | Specified Perils | Comp | Coll | Specified Perils | | |
| 1 | | | | | | | | |

CA 00 07 12 93