### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | | |
|---|---|---|
| YA YA SIDIBE | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 1:05CV02035 |
| v. | : | Judge C. Kollar-Kotelly |
| | : | |
| TRAVELERS INSURANCE COMPANY | : | |
| Defendant. | : | |

### PLAINTIFF'S NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibits and attachments to Plaintiff's Response and Opposition to Defendant Travelers Insurance Company's Motion for Summary Judgment exist only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Respectfully submitted,
BLAIR & LEE, P.C.

_____/s/_____
Walter L. Blair, Esquire, #471057
4701 Melbourne Place
College Park, Maryland 20740
(301) 474-4700
*Counsel for Plaintiff*

## CERTIFICATE OF E-FILING

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Notice of Lengthy Exhibits was e-filed on this 15th day of February, 2006 to Dwight D. Murray, Esquire and James F. Jordan, Esquire, 1100 Connecticut Avenue, N.W., Suite 600, Washington, D.C. 20036.

_____/s/_____
Walter L. Blair, Esquire

WLB/kw C:\My Documents\BLAIR, WALTER\BLAIR, WALTER\Sidibe Notice of Lenghty Exhibits w6.wpd