UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ya Ya SIDIBE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05cv02035 (RJL) |
| | ) |
| TRAVELERS INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

Please enter the appearance of Wesley P. Gelb of Jordan Coyne & Savits, LLP as co-counsel for Defendant, Travelers Insurance Company.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: ___/s/_____
Wesley P. Gelb, #490007
Dwight D. Murray, #228932
James F. Jordan, #6569
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036
(202) 296-4747

Attorneys for Defendant,
Travelers Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Entry of Appearance, was mailed, postage prepaid, this  16th  day of March, 2006, to:

>Walter L. Blair, Esquire
>BLAIR & LEE, P.C.
>4701 Melbourne Place
>College Park, MD  20740

>_____/s/_____
>Wesley P. Gelb