## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| YA YA SIDIBE : | |
| : | |
| Plaintiff, : | |
| : | Civil Case No. 06cv05-2035 (RJL) |
| v. : | |
| : | |
| TRAVELERS INSURANCE COMPANY : | |
| : | |
| Defendant. : | |
| _____: | |

### MOTION REQUESTING A STATUS CONFERENCE

COMES NOW, Plaintiff, Ya Ya Sidibe, by and through counsel, and requests that this Court permit a Status Conference between the parties, particularly in order to set a trial date.

Respectfully submitted,
BLAIR & LEE, P.C.


_____/s/_____
Walter L. Blair, Esquire, #471057
4701 Melbourne Place
College Park, Maryland 20740
(301) 474-4700
*Counsel for Plaintiff*

### CERTIFICATE OF E-FILING

I HEREBY CERTIFY that a copy of the foregoing Motion Requesting a Status Conference was e-filed on this 10th day of May, 2006 to Dwight D. Murray, Esquire and James F. Jordan, Esquire, 1100 Connecticut Avenue, N.W., Suite 600, Washington, D.C. 20036.

_____/s/_____
Walter L. Blair, Esquire

WLB/kw C:\My Documents\BLAIR, WALTER\BLAIR, WALTER\Sidibe Motion Requesting a Status Conference w6.wpd