UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 7 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YA YA SIDIBE,           )
                        )
    Plaintiff,          )
                        )
    v.                  )   Civ. Action No. 05-2035 (RJL)
                        )
TRAVELER'S INSURANCE COMPANY,  )
                        )
    Defendant.          )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 6th day of July 2006, hereby

**ORDERED** that defendant's [# 7] Motion for Summary Judgment is GRANTED; it is further

**ORDERED** that judgment be entered in favor of the defendant.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge